IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| VERONICA VEREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 0:14-cv-00921-TLW |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# ORDER

Plaintiff, Veronica Vereen ("Plaintiff"), brought this action pursuant to 42 U.S.C. § 405(g) and § 1383(c)(3) to obtain judicial review of the Commissioner of the Social Security Administration's ("Defendant" or "Commissioner") final decision denying her claims for disability insurance benefits and supplemental security income. (Doc. #1). This matter is before the Court for review of the Report and Recommendation ("the Report") filed on March 10, 2015 by United States Magistrate Judge Paige J. Gossett, to whom this case was assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(a), (D.S.C.). (Doc. #17). In the Report, the Magistrate Judge recommends that this Court affirm Defendant's decision. (Doc. #17). Plaintiff filed timely objections to the Report on March 26, 2015 (Doc. #18), to which Defendant replied on April 9, 2015 (Doc. #19). The matter is now ripe for disposition.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636.

In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections . . . . The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

The Court has carefully reviewed the Report, Plaintiff's objections, and Defendant's reply thereto, and it concludes that the Magistrate Judge accurately summarizes the case and the applicable law. It is hereby **ORDERED** that the Report and Recommendation is **ACCEPTED** (Doc. #17) and that Plaintiff's objections thereto are **OVERRULED** (Doc. #18). For the reasons articulated by the Magistrate Judge, the Commissioner's decision is **AFFIRMED.**

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

August 28, 2015
Columbia, South Carolina